# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all other similarly situated individuals,<br>*Plaintiff*,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br>*Defendant*. | CLASS ACTION<br><br>Civ. No. 25-6234 |
| **RANDI B. DAVIS**, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br>*Defendant*. | CLASS ACTION<br><br>Civ. No. 25-7281 |

## ORDER

**AND NOW**, this 26th day of January 2026, upon consideration of the passing of the deadline to file motions for interim class counsel established in the Court's December 18, 2025 Order, and having received no motions, it is hereby **ORDERED** that any counsel seeking appointment as interim class counsel must file a motion by January 30, 2026. Motions shall be a maximum of 10 pages (excluding exhibits). Any response from Defendant is due by February 20, 2026. If no counsel files a motion, the Court will appoint interim class counsel.

BY THE COURT:

_____
MARY KAY COSTELLO, J.